HARRIS R. URIS, Respondent, *v.* BRACKETT REALTY COMPANY et al., Appellants.

*Uris* v. *Brackett Realty Co.*, 123 App. Div. 925, affirmed.
(Submitted March 24, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce a mechanic's lien.

*James R. Deering* and *James A. Deering* for appellants.

*Morris Hillquit* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.